**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17-CR-106-SRU |
| vs. | : | CRIMINAL NO. 3:18-CR-243-SRU |
| DARRYCK NORRIS | : | APRIL 15, 2020 |

**MOTION FOR SENTENCE REDUCTION**
**UNDER FIRST STEP ACT (COMPASSIONATE RELEASE)**

Pursuant to Section 603 of the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194 (2018) (amending 18 U.S.C. § 3582(c)(1)(A)(i)), Mr. Norris respectfully requests that the Court order his immediate release from the custody of the Bureau of Prisons because his preexisting condition of asthma in combination with the COVID-19 pandemic places him at grave risk of serious illness and death.

Under the First Step Act of 2018, federal prisoners may now petition courts directly for reduction of their sentences, and judges may grant such requests if "extraordinary and compelling reasons" support reduction. *See* First Step Act of 2018, Section 603(b). Previously, courts could modify sentences under § 3582(c)(1)(A)(i) only upon motion of the U.S. Bureau of Prisons (BOP). Since the First Step Act was enacted, courts have granted relief under § 3582(c)(1)(A)(i) in numerous cases. Here, the Court has the authority to modify Mr. Norris' sentence because "extraordinary and compelling" circumstances are present.

A memorandum and supporting exhibits are filed contemporaneously with this motion. Mr. Norris respectfully requests that the Court consider this motion on an expedited basis. In light of the nature of the issues presented in this motion, undersigned counsel proposes a telephonic status conference with the Court, which may streamline how to proceed.

                                                Respectfully Submitted,

                                                THE DEFENDANT,
                                                Darryck Norris

                                                FEDERAL DEFENDER OFFICE

Date: April 15, 2020                    */s/ Kelly M. Barrett*
                                                Assistant Federal Defender
                                                265 Church Street, 7th FL
                                                New Haven, CT 06510
                                                Phone: (203) 498-4200
                                                Bar No.: ct27410
                                                Email: kelly_barrett@fd.org

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on April 15, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Kelly M. Barrett*
                                                Kelly M. Barrett